TONY M. MAY, ESQ.
Nevada Bar No. 8563
BRUCE N. WILLOUGHBY, ESQ.
Nevada Bar No. 8311
TONY M. MAY, P.C.
1850 E. Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@tmm-law.com
Email: bnw@tmm-law.com

*Attorneys for Defendants DRT ENTERTAINMENT, LLC d/b/a ADRENALINE SPORTS BAR AND GRILL, DARIN D. DISCIORIO, TYRONE D. DISCIORIO and RICHARD D. EUBANK*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; AND TINY BEAR MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>DRT ENTERTAINMENT, L.L.C., D/B/A ADRENALINE SPORTS BAR AND GRILL; DARIN D. DISCIORIO; TYRONE D. DISCIORIO; AND RICHARD D. EUBANK,<br><br>Defendants. | Case No.:   2:16-cv-02423-RFB-CWH |

**STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE ANSWER**
**(FIRST REQUEST)**

**WHEREAS,** Defendants DRT ENTERTAINMENT LLC., d/b/a ADRENALINE SPORTS BAR; DARIN D. DISCIORIO; TYRONE D. DISCIORIO and RICHARD D. EUBANK (hereinafter "Defendants") were served with a Compliant for Copyright Infringement, Case No. 2:16-cv-02423 filed by Plaintiffs EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; and TINY BEAR MUSIC (hereinafter "Plaintiffs") on October 20, 2016;

///

1   **WHEREAS,** the deadline for Defendants to respond to the Complaint was November 10, 2016;

2   **WHEREAS,** since the filing of the Complaint, the parties have conferred through their counsel of record and are exchanging information for the possible early settlement of this matter;

3   **WHEREAS,** the parties do not wish to further incur fees in preparing and responding to dispositive motions at this time given the possibility of early settlement;

4   **WHEREAS,** the Plaintiffs and Defendants are therefore in Agreement, the Defendants' obligation to file an Answer or other responsive pleading to the Complaint, be extended by thirty (30) days to December 12, 2016. The parties respectfully request the Court to so Order.

DATED this 22nd day of November, 2016.

**TONY M. MAY, P.C.**

*/s/ Tony M. May*
Tony M. May, Esq.
Nevada Bar No. 8563
1850 East Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Email: tmay@tmm-law.com

*Attorneys for Defendants DRT ENTERTAINMENT, LLC d/b/a ADRENALINE SPORTS BAR AND GRILL, DARIN D. DISCIORIO, TYRONE D. DISCIORIO and RICHARD D. EUBANK*

DATED this 22nd day of November, 2016.

**SNELL & WILMER, LLP**

*/s/ Nathan G. Kanute*
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; AND TINY BEAR MUSIC*

**IT IS SO ORDERED**

DATED: 11/29/16

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge