TONY M. MAY, ESQ.
Nevada Bar No. 8563
BRUCE N. WILLOUGHBY, ESQ.
Nevada Bar No. 8311
TONY M. MAY, P.C.
1850 E. Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@tmm-law.com
Email: bnw@tmm-law.com

*Attorneys for Defendants DRT ENTERTAINMENT, LLC d/b/a ADRENALINE SPORTS BAR AND GRILL, DARIN D. DISCIORIO, TYRONE D. DISCIORIO and RICHARD D. EUBANK*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; AND TINY BEAR MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>DRT ENTERTAINMENT, L.L.C., D/B/A ADRENALINE SPORTS BAR AND GRILL; DARIN D. DISCIORIO; TYRONE D. DISCIORIO; AND RICHARD D. EUBANK,<br><br>Defendants. | Case No.:  **2:16-cv-02423-RFB-CWH** |

## STIPULATION AND PROPOSED ORDER TO ENLARGE TIME FOR DEFENDANTS' TO FILE ANSWER
## (SECOND REQUEST)

**WHEREAS,** Defendants DRT ENTERTAINMENT LLC., d/b/a ADRENALINE SPORTS BAR; DARIN D. DISCIORIO; TYRONE D. DISCIORIO and RICHARD D. EUBANK (hereinafter "Defendants") were served with a Compliant for Copyright Infringement, Case No. 2:16-cv-02423 filed by Plaintiffs EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; and TINY BEAR MUSIC (hereinafter "Plaintiffs") on October 20, 2016;

**WHEREAS,** the deadline for Defendants to respond to the Complaint was November 10, 2016;

**WHEREAS,** the Plaintiffs and Defendants were therefore in Agreement, the Defendants' obligation to file an Answer or other responsive pleading to the Complaint, was extended by thirty (30) days to December 12, 2016;

**WHEREAS**, on November 22, 2016, the parties entered into a Stipulation and Proposed Order to Enlarge Time for Defendants' to File Answer, which said Stipulation was signed by this Court on November 29, 2016;

**WHEREAS,** since the filing of the November 29, 2016 Stipulation and Order, the parties conferred through their counsel of record and have reached a settlement agreement;

**WHEREAS,** the parties do not wish to further incur while the settlement is finalized;

**WHEREAS**, the parties have agreed to extend the time for Defendants to file a responsive pleading until January 12, 2017, to allow the parties time to finalize the settlement;

The parties respectfully request the Court to so Order.

DATED this 3rd day of January, 2017.

**TONY M. MAY, P.C.**

*/s/ Tony M. May*
Tony M. May, Esq.
Nevada Bar No. 8563
1850 East Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Email: tmay@tmm-law.com

*Attorneys for Defendants DRT ENTERTAINMENT, LLC d/b/a ADRENALINE SPORTS BAR AND GRILL, DARIN D. DISCIORIO, TYRONE D. DISCIORIO and RICHARD D. EUBANK*

DATED this 3rd day of January, 2017.

**SNELL & WILMER, LLP**

*/s/ Nathan G. Kanute*
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Email: nkanute@swlaw.com

*Attorneys for Plaintiffs EMI APRIL MUSIC, INC.; MONICA'S RELUCTANCE TO LOB; PURPLE RABBIT MUSIC; AND TINY BEAR MUSIC*

**IT IS SO ORDERED**

DATED: January 5, 2017

_____
**UNITED STATES** MAGISTRATE JUDGE